IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA         :

           -v-                     :    08-CR-    **08 CR 147(A)**

                                   :

CRAIG SCHIEDER,

        Defendant.               :

---



**FILED**
JUN 10 2008
CLERK, US DISTRICT COURT, WDNY

## I N F O R M A T I O N

Title 18, United States Code,
Section 1343

### COUNT I
The United States Attorney Charges:

    Beginning in or about June 2005, and continuing through in or about November 2005, in the Western District of New York, the defendant, CRAIG SCHIEDER, having devised a scheme to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing the scheme, did knowingly cause writings, signs, and signals, including wire transfers of funds, to be transmitted in interstate commerce;

All in violation of Title 18, United States Code, Section 1343.

DATED:   Buffalo, New York, June 10, 2008.

                                BY:    TERRANCE P. FLYNN
                                       United States Attorney

                                       /s/ Paul J. Campana
                                       PAUL J. CAMPANA
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       138 Delaware Avenue
                                       Buffalo, New York 14202
                                       (716) 843-5700, Ext. 819
                                       Paul.J.Campana@usdoj.gov