```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -v- : | 08-CR-147-A |
| : | |
| CRAIG SCHIEDER, : | |
| Defendant. : | |

## GOVERNMENT'S STATEMENT WITH RESPECT TO SENTENCING FACTORS

The United States of America concurs with and adopts the findings stated in the Presentence Report.

DATED: Buffalo, New York, November 3, 2008.

TERRANCE P. FLYNN
United States Attorney

BY: *s/Paul J. Campana*
PAUL J. CAMPANA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 819
paul.j.campana@usdoj.gov

```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA          :
                                  :
        -v-                       :     08-CR-147-A
                                  :
CRAIG SCHIEDER,                   :
                                  :
        Defendant.

## CERTIFICATE OF SERVICE

    I hereby certify that on November 3, 2008, I electronically filed the foregoing **GOVERNMENT'S STATEMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

        Roxanne Mendez Johnson, Esq.
        Michael J. Quarantillo, U.S. Probation Officer

                                    ***s/Laura Rogers***
                                    Laura Rogers
                                    Legal Assistant