UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CRAIG SCHIEDER,

        Defendant.

08-CR-147-RJA

**SENTENCING MEMORANDUM**

Attached is an additional letter written on behalf of the defendant for Your Honor's consideration at the time of sentencing.

**DATED:**    Buffalo, New York, November 5, 2008.

    Respectfully submitted,

**/s/Roxanne Mendez Johnson**
Roxanne Mendez Johnson
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 450
Buffalo, New York 14202
(716) 551-3341; FAX: (716) 551-3346
roxanne_johnson@fd.org

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        - vs -                         **08-CR-147-RJA**

CRAIG SCHIEDER,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on **November 5, 2008**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Paul J. Campana
        Assistant United States Attorney
        Western District of New York
        138 Delaware Avenue, Federal Centre
        Buffalo, New York 14202

And, I hereby certify that I have emailed the document to the following non-CM/ECF participant(s).

1.     Michael J. Quarantillo
        Probation Officer Specialist
        U.S. Probation Department
        404 U.S. Courthouse
        68 Court Street
        Buffalo, New York 14202
        michael_quarantillo@nywp.uscourts.gov

                                                  **/s/Donna M. Daly**
                                                  Donna M. Daly
                                                  Federal Public Defender's Office