# United States District Court

for

The Western District of New York



## Request for Modifying the Conditions or Term of Supervised Release

**Name of Offender**: Craig Schieder      **Case Number**: 1:08CR00147-001

**Name of Sentencing Judicial Officer**: Honorable Richard J. Arcara, U.S. District Judge

**Date of Original Sentence**: 11/26/08

**Original Offense**: Wire Fraud, in violation of 18 U.S.C. §1343

**Original Sentence**: Imprisoned for a term of twelve (12) months, followed by three (3) years of supervised release. Special conditions: substance abuse/testing treatment, full financial disclosure, no new debt while a restitution balance is outstanding and restitution in the amount of $399,435.06.

**Type of Supervision**: Supervised Release      **Date Supervision Commenced**: 02/02/10

## PETITIONING THE COURT

[ ]    To extend the term of supervision for years, for a total term of years.
[X]    To modify the conditions of supervision as follows:

> You shall comply with the conditions of home detention, which will be monitored by an electronic monitoring system, for a period of three (3) months. You shall wear (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office. The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

### CAUSE

On 03/18/11, an employment contact was conducted. During the contact a random drug test was taken, which tested positive for cocaine. The subject was given numerous opportunities to explain the positive result. He denied any use of cocaine. The sample was sent to NTL National Lab for confirmation. On 03/30/11, the results came back positive for Benzoylecgonine (cocaine metabolite).

On 04/01/11, Mr. Schieder reported to the office as instructed and was confronted with the lab

RE: Craig Schieder
1:08CR00147-001

result. Mr. Schieder admitted use, claiming that he has been stressed out due to work and his upcoming wedding.

It should be noted that the Mr. Schieder also tested positive for cocaine on 06/24/11. The subject has been offered substance abuse treatment, however refused treatment. There has been no other issues of noncompliance.

Based on his noncompliance, our office is respectfully recommending that Your Honor modify the conditions to include three (3) months home detention monitored by electronic monitoring system. Attached is the signed copy of the PROB 49 form, showing his agreement with this modification.

Reviewed by:

_____
Cleophus J. Weeks
Supervising U.S. Probation Officer
Date: 04/05/11

Respectfully submitted,

by _____
Christopher C. Calero
U.S. Probation Officer
Date: 04/05/11

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

April 8, 2011
Date

PROB 49
(Revised 11/98)

# United States District Court
Western District of New York

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall comply with the conditions of home detention, which will be monitored by an electronic monitoring system, for a period of three (3) months. You shall wear (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office. The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

Witness: _____   Signed: _____
U.S. Probation Officer                              Probationer
Christopher C Calero                                Craig Schieder

                                                    _____
                                                    Date