

**Tim Renzoni**
Sales Manager
trenzoni@coltonrv.com

1-800-628-4889
716-694-0188 Ext. 434
Fax: 716-694-0957

December 20, 2011

To whom it may concern;

I was recently informed by Craig Schieder that he had tested positive again for illegal drug use with his Probation Officer. Craig has explained the seriousness of this situation and some of the possible ramifications of his mistakes. While we are very disappointed in Craig's poor personal choices and have addressed this harshly with him, I am writing this letter to shed some light on Craig's character as I see it on a day to day basis. Craig has been working here since 2006 and has done nothing other than conduct himself in an ethical and professional manner. He is a mentor to the rest of the sales staff and voluntarily helps to train his co-workers with no direct benefit to himself. He has been our top producer since he has started with our company and we are proud to have him as an employee here. I also know him to be a proud Family man despite his other personal indiscretions.

We were able to show him flexibility with his hours and travel restrictions while he was incarcerated for one year in the Half Way House and while he was on electronic monitoring due to the slumping economy and proper staffing. However, we are currently at a point where we are understaffed and extremely busy and cannot show Craig the flexibility that we have been able to in the past. I have informed Craig that if he is placed on electronic monitoring or has to spend more time in the Half Way House with travel and or hours restrictions, despite his excellent record with us, that we will no longer be able to employ him. He has told us that he is now in treatment and leading a clean lifestyle; I know that he is actively attending NA meetings and we have had employees in the past who have benefited from this course of action. I will be monitoring his progress in NA with him regularly due to our liability issues. It is our sincere hope that Craig is allowed to continue his course of treatment and remain a valued employee here. Additionally, we have also informed him that he will be immediately terminated if we become aware of any further illegal drug use. It is apparent to me that Craig has learned a valuable lesson and is remorseful of his choices.

If you have any questions or wish to discuss this matter further, please do not hesitate to contact me directly on my cell at 716-903-2439. Your discretion would be appreciated as this is a matter that we would not like to be shared with his peers. Thank you for your consideration in this serious matter.

Sincerely,

Timothy Renzoni
Sales Manager
Cell: 716-903-2439
Local: 716-694-0188 ext 434

---

3122 Niagara Falls Blvd.
(800) 628-4889

North Tonawanda, NY 14120
(716) 694-0188

www.ColtonRV.com
(716) 694-4203 (fax)

DEFENDANT'S
EXHIBIT A

## AA+ NA Meeting Attendance Verification Form

This is to verify that Craig Schieder attended and participated in our ~~Narcotics~~ AA+ Anonymous Meeting on December 18, 2011 at 8:00pm located at:

CAZENOVIA MANOR 486 N. LEGION DR. BUFFALO N.Y.

Name of Group Leader  JOHN W. GLEASON

Signature of Group Leader  *John W. Gleason*

DEFENDANT'S
EXHIBIT B