AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

United States of America
v.
CRAIG SCHIEDER

Defendant

Case No. 1:08-CR-147-01

*FILED DEC 30 2011 MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Craig Schieder, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

VIOLATION OF SUPERVISION

Date: 12/13/2011

*Issuing officer's signature*

City and state: Buffalo, NY

MICHAEL J. ROEMER, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12-13-2011, and the person was arrested on *(date)* 12-15-2011 at *(city and state)* Buffalo, NY.

Date: 12-15-2011

*Arresting officer's signature*

NOVAK, Brent J. C10w3M
*Printed name and title*

COPY