IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

            **Plaintiff,**

 v.

**CRAIG SCHIEDER**
**17 LIBERTY STREET**
**DEPEW, NEW YORK  14043,**        1:08CR00147-001

            **Defendant,**

 and

**COLTON RV**
**ATTN:  PAYROLL**
**3122 NIAGARA FALLS BLVD.**
**N. TONAWANDA, NEW YORK  14120,**

            **Garnishee.**
_____

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

  The United States of America makes application in accordance with 28 U.S.C. §3205(b)(1) to the United States District Court to issue a Writ of Continuing Garnishment upon the Judgment entered against the Defendant, CRAIG SCHIEDER, Social Security Number XXX-XX-1630, whose last known address is 17 Liberty Street, Depew, New York 14043, in the above-cited action in the amount of $399,535.06. As of September 3, 2013, there is a balance due of  $392,844.06.

  Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from September 3, 2013, but Defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agent is:

> **COLTON RV**
> **ATTN: PAYROLL**
> **3122 NIAGARA FALLS BLVD.**
> **N. TONAWANDA, NY 14120**

DATED: Buffalo, New York, September 5, 2013.

**WILLIAM J. HOCHUL, JR.**
**UNITED STATES ATTORNEY**

BY: s/Kevin D. Robinson
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5804
Kevin.D.Robinson@usdoj.gov