IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          **Plaintiff,**

v.

CRAIG SCHIEDER,          1:08CR00147-001

          **Defendant,**

and

COLTON RV,

          **Garnishee.**
_____

## CERTIFICATE OF SERVICE

  The United States of America, the Judgment Creditor herein, hereby certifies that on the date set forth below, it served a copy of the foregoing <u>Final Order of Garnishment</u> upon the parties listed below, by mailing a copy thereof via Certified Mail, Return Receipt Requested, to the following:

    CRAIG SCHIEDER
    17 LIBERTY STREET
    DEPEW, NY   14043

    COLTON RV
    ATTN: PAYROLL
    3122 NIAGARA FALLS BLVD.
    N. TONAWANDA, NY 14120

Dated: November 21, 2013

          WILLIAM J. HOCHUL, JR.
          United States Attorney


          By: s/Ann Morrow