IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                 **Plaintiff,**        NOTICE OF ANNUAL
v.                                       ACCOUNTING OF GARNISHMENT

CRAIG SCHIEDER,                CASE NO.: 1:08CR00147-001

                 **Defendant,**

and

COLTON RV,

                 **Garnishee.**

---

TO:    CRAIG SCHIEDER, the Judgment Debtor, and
        COLTON RV, Garnishee.

Pursuant to 28 U.S.C. §3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of Defendant, CRAIG SCHIEDER.

A Writ of Continuing Garnishment was duly issued by the Court and was personally served on the Garnishee and on the Judgment Debtor on or about September 20, 2013. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the Judgment Debtor in the form of wages.

Pursuant to the Writ of Continuing Garnishment, the Garnishee has withheld the sums reflected on the attached payment history.

Dated: May 27, 2015                                  Respectfully submitted,

                                                      WILLIAM J. HOCHUL, JR.
                                                      UNITED STATES ATTORNEY


                                    BY:    s/Kevin D. Robinson
                                                Assistant U.S. Attorney
                                                Federal Centre
                                                138 Delaware Avenue
                                                Buffalo, New York 14202
                                                (716) 843-5804