IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

               **Plaintiff,**

v.

CRAIG SCHIEDER,                        Case No.: 1:08CR00147-001

               **Defendant,**

and

COLTON RV,

               **Garnishee.**
_____

## CERTIFICATE OF SERVICE BY MAIL

     I hereby certify that on May 28, 2015, I served, or caused to be served, a copy of the foregoing <u>Notice of Annual Accounting of Garnishment</u>.

     I certify, further, that the above-listed document was electronically filed with the Clerk of the Court by using ECF.

     I certify, further, that I served, or caused to be served, the above-listed document to non-ECF participants by placing a copy in a post-paid envelope addressed to the persons hereinafter named, at the place and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Buffalo, New York:

               Craig Schieder
               17 Liberty Street
               Depew, NY 14043

               Colton RV
               Attn: Payroll
               3122 Niagara Falls Blvd.
               N. Tonawanda, NY 14120


                                           BY:    s/Ann Morrow